UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

1) Johnston County, Oklahoma, ex rel. Board of
County Commissioners of Johnston County,

    Plaintiff,

v.

1) United States Department of Interior, Bureau of
Indian Affairs, on behalf of the restricted interest
holder Ellis Cheadle; 2) a perpetual highway easement
containing plus or minus 1.27 acres located in the
SE 1/4 of Section 21, T3S, R7E in Johnston County,
Oklahoma; 3) Te'Ata Purcell, nee Loper; 4) Bradley
Imotichey; 5) Jessica Imotichey; 6) Chelsea Fish;
7) Johnston County Treasurer, and John Does and/or
Jane Does having any interest in the subject property;

    Defendants.

Case No.  CIV-26-263-JAR

## COMPLAINT

COMES NOW the Plaintiff, Johnston County, Oklahoma, ex rel. Board of County Commissioners of Johnston County (the "Plaintiff"), and for its cause of action against the Defendants alleges and states as follows:

1.    This action is instituted in the name of the Johnston County, Oklahoma, ex rel. Board of County Commissioners of Johnston County, as authorized by and in accordance with 25 U.S.C. §357, 27 O.S. §5, 66 O.S. §51, *et seq.*, and Article 2, §§23-24 of the Oklahoma Constitution. Rule 71.1(k) of the Federal Rules of Civil Procedure applies.

2.    For the purpose of establishing, constructing and maintaining the County Highway System in Johnston County, Oklahoma, it is necessary for the Plaintiff to acquire a perpetual easement over, under, and across the described lots or parcels of land as set forth in **Exhibit 1**, attached hereto and made a part hereof. The property is to be acquired for the construction and/or maintenance of said County Highway System or facilities necessary and incidental thereto.

#22349363.1

3.    Said property is situated in Johnston County, Oklahoma. The above-named Defendants and/or their heirs and assigns own or claim some interest in said property. See Ex. 1.

4.    To the best of Plaintiff's knowledge the owners of and persons or entities with an interest in the Property subject to the easements are: 1) United States Department of Interior, Bureau of Indian Affairs, as trustee of the restricted interest of Ellis Cheadle; 2) Te'Ata Purcell, nee Loper; 3) Bradley Imotichey; 4) Jessica Imotichey; and 5) Chelsea Fish. Each of these Defendants may claim some right or interest in the property or the Commissioners' award rendered herein. However, should it be disclosed or discovered that other persons or entities own a claim or interest in said Property, Plaintiff reserves the right to amend its Complaint and join such additional persons or entities as parties to this proceeding.

5.    That on June 10, 2011, <u>In the Matter of the Estate of Murray Clarice Gregory, Deceased</u>, Case No. P-2011-01, the District Court of Johnston County issued an order setting forth the distribution of the Estate of Murray Clarice Gregory, deceased, with regard to the subject property in the SW/4 of Section 21, Township 3 South, Range 7 East in Johnston County, Oklahoma.

6.    Pursuant to the Court Order Issued, the Court found that Michael Ellis Loper previously conveyed his entire interest in the SW/4 of S21, T3S, R7E in Johnston County, to his daughter, Te'Ata Purcell, now Loper.

7.    The Court further found that the ownership of the subject property described in the Exhibit A, attached hereto, was as follows:

Te'Ata Purcell        1/2 interest

Bradley Imotichey    1/6 interest

Jessica Imotichey    1/6 interest

Chelsea Fish        1/6 interest

8.    That the above-named heirs of Murray Clarice Gregory, deceased, are the proper owners of the subject property, and this action will resolve all claims to the subject property attached here as Exhibit 1 and apply to Defendants and all unknown heirs, successors and assigns.

9.    Plaintiff further states and represents that it has made reasonable effort to secure by purchase, from the said Defendants, the property hereinafter described in Ex. A, except in instances where there are nonresident owners, unknown heirs, imperfect titles and owners whose whereabouts cannot be ascertained with reasonable diligence. Plaintiff further asserts the parties herein have failed to reach an agreement regarding Plaintiff's acquisition of said property.

10.    An affidavit of need and necessity to acquire said property is attached, marked **Exhibit 2** and made a part of this Petition.

WHEREFORE, premises considered, Plaintiff prays that the Court appoint three disinterested freeholders of said Johnston County as Commissioners. They should be selected by the Judge of the U.S. District Court, as prescribed by law, and should not be interested in any like question. The Commissioners should be instructed to inspect said real property described on Exhibit "1" and to consider and appraise the just compensation to which the said Defendants as owners thereof, or who profess an interest therein, are entitled by reason of the taking of a perpetual highway easement across such property. The Report of Commissioners should be filed with the Clerk of this Court. Notice as prescribed by statute should be served by the Court Clerk upon all parties. Upon deposit with the Clerk of this Court of the amount stated in the Report of Commissioners, Plaintiff is authorized to enter upon said land and take said real estate for its use hereinbefore described. The final determination of all rights and issues of the parties should be made in the manner prescribed by law.

#22349363.1

_s/E. Edd Pritchett, Jr._
E. Edd Pritchett, Jr., OBA #16118
Davis Lauderdale, OBA #36174
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
epritchett@dlb.net; dlauderdale@dlb.net
Attorneys for Plaintiff

3550.0030\Complaint BIA(22349363.1)

#22349363.1